IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID R. DOBSON,

        Plaintiff,                  No. 2:09-cv-01460-KJN

    v.                           <u>ORDER</u>

MICHAEL C. ASTRUE,
Commissioner of Social Security,

        Defendant.
_____/

        The undersigned approves the stipulation filed by the parties on May 25, 2010, which seeks a 60-day extension of time within which plaintiff must file his motion for summary judgment. (Dkt. No. 22). Accordingly, it is HEREBY ORDERED that:

        1.    Plaintiff shall file his motion for summary judgment on or before July 15, 2010; and

////

////

////

////

////

////

1

2.      The Order to Show Cause previously entered by the court on May 25, 2010 (Dkt. No. 21), is discharged.

IT IS SO ORDERED.

DATED: May 25, 2010

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE